UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ANGELA TYSON, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:05-cv-1848-RLY-TAB |
| | ) | |
| GANNETT, INC., d/b/a INDIANAPOLIS STAR AND NEWS, | ) | |
|     Defendant. | ) | |

**FINAL JUDGMENT**

The court, having this day granted summary judgment in favor of defendant, Gannett, Inc., d/b/a Indianapolis Star and News, and enters final judgment in its favor, and against the plaintiff herein, Angela Tyson.

**SO ORDERED** this  2nd   day of July 2007.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
Deputy Clerk, U.S. District Court

1

Electronic Copies to:

Craig M. Borowski
BAKER & DANIELS
cmborows@bakerd.com

John T. Neighbours
BAKER & DANIELS
jtneighb@bakerd.com

Gregory A. Stowers
STOWERS & WEDDLE PC
gstowers@swh-law.com